UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CARLOS FRAGOSO,

                        Plaintiff,               **ECF CASE**

      -against-                         Docket No. 07-CV-11106(AKH)(MHD)

                                          **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                        Defendants.
----------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York, Police Commissioner Raymond Kelly and Deputy Inspector David Colon and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          January 30, 2008

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel of
                                                the City of New York
                                                Attorney for defendants City of New York,
                                                Police Commissioner Raymond Kelly and
                                                Deputy Inspector David Colon
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 442-0832
                                                (212) 788-9776 (fax)

                                                By:   s/ Hugh A. Zuber           .
                                                         Hugh A. Zuber (HZ 4935)
                                                         Assistant Corporation Counsel

TO:    The Clerk of the Court (By ECF)
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

CC:    Nicole Bellina, Esq.
        Stoll, Glickman & Bellina, LLP
        71 Nevins Street
        Brooklyn, New York 11217