UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARLOS FRAGOSO,

                       Plaintiff,        **ECF CASE**

    -against-                         Docket No. 07-CV-11106(AKH)(MHD)

                                     **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                       Defendants.
---------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant Police Officer Gilberto Ortiz and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          January 31, 2008

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of
                                       the City of New York
                                       Attorney for defendant
                                       Police Officer Gilberto Ortiz
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 442-0832
                                       (212) 788-9776 (fax)

                                   By:   s/ Hugh A. Zuber            .
                                          Hugh A. Zuber (HZ 4935)
                                          Assistant Corporation Counsel

- 2 -

TO: The Clerk of the Court (By ECF)
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, New York 10007

CC: Nicole Bellina, Esq.
    Stoll, Glickman & Bellina, LLP
    71 Nevins Street
    Brooklyn, New York 11217