# STOLL, GLICKMAN & BELLINA LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com



*[Handwritten note: leave to amend by Sep 15, 2008 granted. 8/26/08] [signature]*

August 21, 2008

Honorable Judge Alvin Hellerstein
U.S. District Court-SDNY
500 Pearl Street, Rm 1050
New York, NY 10007
BY MAIL

Re: <u>Carlos Fragoso v. City of New York et al</u>. 07CV11106(AKH)

Your Honor-

I write to request permission to amend the complaint in this action. Opposing counsel, ACC Hugh Zuber, consents to this request.

This case involves the false arrest of plaintiff by several New York City police officers. If permitted, I seek to add Officer Allan Deleon who was recently identified by the defendants as an officer who participated in the arrest of plaintiff.

Thank you for your consideration.

Sincerely Yours,

*[signature]*

Nicole Bellina
718 852 4491



cc: ACC Hugh Zuber (BY EMAIL)